UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LA VERN PARTRIDGE,

    Plaintiff,

vs.

Case No. 05-CV-72568

HON. GEORGE CARAM STEEH

JOHN POTTER, POSTMASTER
GENERAL, UNITED STATES
POSTAL SERVICE,

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR RECONSIDERATION

Before the court is another motion for reconsideration filed by *pro se* plaintiff La Vern Partridge, whose complaint was dismissed *sua sponte* by this court.

As stated in the previous ruling on plaintiff's first motion for reconsideration, the court does not grant motions for reconsideration that present only the same issues already ruled on by the court and which do not demonstrate palpable defect in earlier proceedings. E.D. Mich. LR 7.1(g)(3). The motion is therefore DENIED.

IT IS SO ORDERED.

    S/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

Dated: September 9, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 13, 2005, by electronic and/or ordinary mail.

    S/Josephine Chaffee
    Secretary/Deputy Clerk