UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LA VERN PARTRIDGE,

                    Plaintiff,

vs.                                                     Case No. 05-CV-72568

                                                        HON. GEORGE CARAM STEEH

JOHN POTTER, POSTMASTER
GENERAL, UNITED STATES
POSTAL SERVICE,

                    Defendant.
_____/

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

        Before the court is a motion for reconsideration filed by *pro se* plaintiff La Vern

Partridge, asserting that plaintiff "[w]ishes to make an amend to complaint and have it

reinstated I feel that its unfair that the statute of limitations is a factor here...."

        A court does not grant a motion for reconsideration if it presents only the same

issues already ruled on by the court.  E.D. Mich. LR 7.1(g)(3).  Although his request is

not easily understood, it does not appear that plaintiff is actually contesting the reasons

stated in the court's previous order for dismissing the complaint.  As the court remains

persuaded that its decision to dismiss the complaint was correct, and plaintiff has not

demonstrated palpable defect in earlier proceedings, the motion is hereby DENIED.

IT IS SO ORDERED.


S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: August 23, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on August 23, 2005 by
electronic and/or ordinary mail.


S/Josephine Chaffee
Secretary/Deputy Clerk